# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OPAWL – BUILDING AAPI FEMINIST LEADERSHIP et al., | |
| Plaintiffs, | Case No. 2:24-cv-3495 |
| v. | Judge Michael H. Watson |
| DAVE YOST, in his official capacity as Ohio Attorney General et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## PARTIES' JOINT MOTION FOR PROPOSED PRELIMINARY INJUNCTION BRIEFING SCHEDULE

Pursuant to the Court's July 8, 2024 initial conference, Plaintiffs and Defendants, by and through their attorneys, respectfully submit and propose the following briefing schedule for Plaintiffs' motion for preliminary injunction.

1. Defendants shall respond to Plaintiffs' motion for preliminary injunction by Friday, **July 26, 2024**.

2. Plaintiffs shall reply to their motion for preliminary injunction by Friday, **August 9, 2024**.

Respectfully submitted,

/s/Kaela King
C. Benjamin Cooper   (0093103)
Kaela King          (0100098)
COOPER ELLIOTT
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)
benc@cooperelliott.com
kaelak@cooperelliott.com

Elisabeth C. Frost*
Jyoti Jasrasaria*
Melinda K. Johnson*
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: 202-968-4490
efrost@elias.law
jjasrasaria@elias.law
mjohnson@elias.law

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice*

/s/Ann Yackshaw
Julie M. Pfeiffer
Ann Yackshaw
Stephen P. Tabatowski
Ohio Attorney General's Office
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Julie.Pfeiffer@OhioAGO.gov
Ann.Yackshaw@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov

Counsel for Defendants
Ohio Attorney General Dave Yost and
Ohio Secretary of State Frank LaRose

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/Kaela King