IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **OPAWL – BUILDING AAPI FEMINIST LEADERSHIP, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO. 2:24-cv-3495 |
| | : | JUDGE WATSON |
| **DAVE YOST, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Ohio Attorney General Dave Yost and Ohio Secretary of State Frank LaRose appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on August 31, 2024. Doc. 32.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General

    */s/ Ann Yackshaw*
    ANN YACKSHAW (0090623)*
    *Counsel of Record*
    JULIE M. PFEIFFER
    STEPHEN P. TABATOWSKI
    Assistant Attorneys General
    Constitutional Offices Section
    30 East Broad Street, 16th Floor
    Columbus, Ohio 43215
    Tel: (614) 466-2872; Fax: (614) 728-7592
    Ann.Yackshw@OhioAGO.gov
    Julie.Pfeiffer@OhioAGO.gov
    Stephen.Tabatwoski@OhioAGO.gov

    *Counsel for Defendants Ohio Attorney General Dave Yost and Ohio Secretary of State Frank LaRose*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

                                          */s/Ann Yackshaw*
                                          ANN YACKSHAW (0090623)
                                          Assistant Attorney General