UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OPAWL—Building AAPI Feminist Leadership,** *et al.*,

    **Plaintiffs,**

    v.

**Dave Yost, in his official copacity as Ohio Attorney General,** *et al.*,

    **Defendants.**

Case No. 2:24-cv-3495

Judge Michael H. Watson

Magistrate Judge Kimberly Jolson

## ORDER

Americans for Public Trust and the Honest Elections Project (together, "Amici") move for leave to file a brief as *amici curiae* in support of Defendants in this case. ECF No. 30.

"The traditional function of an amicus curiae is to assist in cases of general public interest by supplementing the efforts of private counsel and by drawing the court's attention to law that might otherwise escape consideration." *Shoemaker v. City of Howell*, 795 F.3d 553, 562 (6th Cir. 2015) (internal quotation marks and citation omitted). Leave to participate as *amicus curiae* is a "privilege within the sound discretion of the courts." *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991) (internal quotation marks and citation omitted). In determining whether to grant such leave, courts consider, *inter alia*, whether the information

offered by the *amicus* "is timely, useful, or otherwise necessary to the administration of justice." *Id.* (citation omitted).

Amici's discussion of other state statutes restricting foreign national donors from contributing in various types of state elections is helpful to (and was considered by) the Court in analyzing Plaintiffs' motion for a preliminary injunction. Accordingly, their motion is **GRANTED**.

The Clerk shall terminate ECF No. 30 and shall file ECF No. 30-1 as a Brief of *Amicus Curiae*.

**IT IS SO ORDERED.**

*[signature]*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**