## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 19, 2024

Ms. Elisabeth C. Frost
Ms. Jyoti Jasrasaria
Ms. Melinda Kimberlee Johnson
Elias Law Group
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Charles Benjamin Cooper
Cooper & Elliott
305 W. Nationwide Boulevard
Columbus, OH 43215

Re: Case No. 24-3818, *OPAWL - Building AAPI Feminist Leadership, et al v. Dave Yost, et al*
Originating Case No. 2:24-cv-03495

Dear Counsel,

This appeal has been docketed as case number **24-3818**, which is a cross-appeal to pending appeal **24-3768**.

The following case opening items should be docketed with the Clerk's office by **October 3, 2024**. The Civil Appeal Statement is now an automated entry. Filers may still use the form 6CA-53 located on the Court's website if the automated entry does not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

| | |
|---|---|
| Cross-Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | |
| Cross-Appellee: | Appearance of Counsel |

    If appellant's case opening items are not timely filed or necessary fees paid, the cross-appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                               Sincerely,

                                               s/Gretchen S. Abruzzo  
                                             Case Manager  
                                             Direct Dial No. 513-564-7018

cc:  Mr. Thomas Elliot Gaiser  
      Mr. Michael Jason Hendershot  
      Ms. Julie M. Pfeiffer  
      Mr. Stephen P. Tabatowski  
      Ms. Ann Yackshaw

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-3818

OPAWL - BUILDING AAPI FEMINIST LEADERSHIP; NORTHEAST OHIO COALITION FOR THE HOMELESS; ELISA BREDENDIEK; PETER QUILLIGAN; JOHN GERRATH

    Plaintiffs - Appellees Cross-Appellants

v.

DAVE YOST, in his official capacity as Ohio Attorney General; FRANK LAROSE, in his official capacity as Ohio Secretary of State

    Defendants - Appellants Cross-Appellees