UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OPAWL – Building AAPI Feminist Leadership, *et al.*,

    Plaintiffs,

v.

Dave Yost, in his official capacity as Ohio Attorney General, *et al.*

    Defendants.

Case No. 2:24-cv-3495

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The parties are **ORDERED** to file a joint notice by **November 14, 2025**, proposing next steps for this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT